CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 18 2009

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:07cr00058-3 |
| | ) | |
| v. | ) | <u>2255 ORDER</u> |
| | ) | |
| KENNETH ODELL CRAWFORD | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

as follows:

1. The government's motion to dismiss shall be and hereby is **TAKEN UNDER ADVISEMENT**; and

2. The Clerk is **DIRECTED** to schedule the matter for an evidentiary hearing, at the court's earliest convenience, on the issue of whether Crawford requested his counsel file a direct appeal. The Clerk is further directed to make all necessary arrangements for the hearing, including arrangements for Crawford to participate in the hearing by video conferencing, if possible.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 18th day of November, 2009.

United States District Judge