IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 5:07cr00058-3 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | By: Samuel G. Wilson |
| KENNETH ODELL CRAWFORD | ) | United States District Judge |

In accordance with this court's memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Kenneth's motion (ECF No. 475) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion as such; the § 2255 motion is **DISMISSED** without prejudice as successive; and the case is **STRICKEN** from the active docket.

Further, the court finds that Kenneth has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2255(c) and, therefore, a certificate of appealability is **DENIED**.

**ENTER**: August 6, 2012.

_____
UNITED STATES DISTRICT JUDGE
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 06 2012
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk